UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>  )<br>vs.  )<br>  )<br>Jose Jesus Sierra-Hernandez  )<br>  )<br>Defendant(s)  )<br>  ) | CRIMINAL NO. 08cr1898-JLS<br>08mj1725<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08655298 |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / **Case Disposed** / Order of Court).

Floriberto Siles-Villegas
( Arr: 6/11/08 )

DATED:  6-12-08

Leo S. Papas
---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk
Roi-Ann Birssi