UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Jesus Sierra-Hernandez ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08CR1898-JLS <br> CRIMINAL NO. 08mj1725 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08685298 |

**Leo S. Papas**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Victorino Juarez-Agudo
(arr: 6/11/08)

DATED: 6/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

**Deputy Clerk**
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062