FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1898-JLS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(ii) and |
| JOSE JESUS SIERRA-HERNANDEZ (1), | ) | (v)(II) - Transportation of |
| MIGUEL LOPEZ-HERNANDEZ (2), | ) | Illegal Aliens and Aiding and |
| | ) | Abetting |
| Defendants. | ) | |

The United States Attorney charges:

On or about May 29, 2008, within the Southern District of California, defendants JOSE JESUS SIERRA-HERNANDEZ and MIGUEL LOPEZ-HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victorino Juarez-Agudo, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
6/4/08