17-1

AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL LOPEZ-HERNANDEZ | CASE NUMBER: 08CR1898-JLS |

I, MIGUEL LOPEZ-HERNANDEZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ____6|12|08.____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

+Miguel Lopez Hernández
Defendant

_____
Defense Counsel

Before _____
Judicial Officer